LEE PLUMMER
California Bar No. 77783
Attorney at Law
4045 Bonita Rd. #202
Bonita, Ca. 91902
Telephone: (619) 267-1710

Attorney for Defendant
Manuel Arturo Villarreal Heredia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY ALAN BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 06-CR-2646-LAB |
| Plaintiff, | ) |
| v. | ) |
| MANUEL ARTURO VILLARREAL HEREDIA, | ) EX PARTE APPLICATION AND ORDER |
| Defendant. | ) (~~UNDER SEAL~~) |

     Defendant, by and through his counsel of record, applies to this Court for an order approving extraordinary expenses to Copy Connection. Counsel requests that the Court authorize payment of extraordinary expenses. Discovery in this case continues to come in as orders are received from the United States Attorney's Office. Instead of asking for payment for each order counsel requests that the Court grant an order paying for all discovery received by Copy Connection from the United States Attorney's office in the above mentioned case. Defendant requests that the discovery requests be paid directly to Copy Connection. Defendant requests that this order be sealed.

Dated   4-16-07

                                                     Lee Plummer

-1-

IT IS HEREBY ORDERED that extraordinary expenses for discovery supplied by the United States Attorney's Office in the above referenced case be payed to Copy Connection. The discovery costs are to be paid directly to Copy Connection. ~~Counsel's request for sealing is hereby granted.~~

Date: 4-17-07

_Larry A. Burns_
HON. LARRY ALAN BURNS